IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEVERLY CLARK, JESSE J. PAUL, WARREN GOLD, LINDA M. CUSANELLI, CAROLE L. WALCHER, and TERRI L. DROGELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>Defendant. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Honorable Dickinson R. Debevoise<br>Civil Action 08-6197 (DRD-MAS)<br><br>Motion Return Date: April 18, 2011<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO APPEAL THE MAGISTRATE JUDGE'S MARCH 1, 2011 ORDER WITH RESPECT TO PLAINTIFFS' CHALLENGES TO DEFENDANT'S CONFIDENTIALITY DESIGNATIONS**

| | | |
|---|---|---|
| **NAGEL RICE LLP**<br>103 Eisenhower Parkway<br>Roseland, NJ 07068-1031<br>973.618.0400 | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>101 California Street, Suite 2300<br>San Francisco, CA 94111<br>415.421.6140 | **LEVINE, STEINBERG, MILLER & HUVER**<br>550 West C Street<br>Suite 1810<br>San Diego, CA 92101-8596<br>619.231.9449 |

*Attorneys for Plaintiffs Beverly Clark, Jesse J. Paul, Warren Gold, Linda M. Cusanelli, Carole L. Walcher, and Terri L. Drogell, on behalf of themselves and all others similarly situated*

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that Plaintiffs Beverly Clark, Jesse J. Paul, Warren Gold, Linda M. Cusanelli, Carole L. Walcher, and Terri L. Drogell ("Plaintiffs") shall move this Court, before the Honorable Dickinson R. Debevoise, U.S.D.J., on April 18, 2011 or as soon thereafter as counsel may be heard,, for an Order granting Plaintiffs' Motion to Appeal the Magistrate Judge's March 1, 2011 Order with Respect to Plaintiffs' Challenges to Defendant's Confidentiality Designations. This motion is based on (1) Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Appeal the Magistrate Judge's March 1, 2011 Order with Respect to Plaintiffs' Challenges to Defendant's Confidentiality Designations; (2) the parties' October 19, 2010 Joint Letter Brief submitted to Magistrate Judge Shipp; (3) the Compendium of Documents Subject to Challenge; (4) the Compendium of Supporting Documentation; and (5) and all other pleadings and papers of record on file in this action. Also enclosed herewith for the Court's consideration is a proposed form of Order.

Dated: March 15, 2011     Respectfully submitted,
NAGEL RICE LLP

By: _____
BRUCE H. NAGEL
ROBERT H. SOLOMON

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   CHARLES N. FREIBERG
   BRIAN P. BROSNAHAN
   DAVID A. THOMAS
   JACOB N. FOSTER

LEVINE STEINBERG MILLER & HUVER
   HARVEY R. LEVINE
   CRAIG A. MILLER

Attorneys for Plaintiffs Beverly Clark, Jesse J. Paul, Warren Gold, Linda M. Cusanelli, Carole L. Walcher, and Terri L. Drogell, on behalf of themselves and all others similarly situated