CHARLES N. FREIBERG
BRIAN P. BROSNAHAN
DAVID A. THOMAS
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA  94111
Telephone: (415) 421-6140
Facsimile:  (415) 398-5030

BRUCE H. NAGEL
ROBERT H. SOLOMON
NAGEL RICE LLP
103 Eisenhower Parkway
Roseland, NJ 07068-1031
Telephone:  (973) 618-0400
Facsimile:  (973) 618-9194

HARVEY R. LEVINE
CRAIG A. MILLER
LEVINE STEINBERG MILLER & HUVER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone:  (619) 231-9449
Facsimile:  (619) 213-8638

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEVERLY CLARK AND JESSE J. PAUL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>Defendant. | Civil Action No.:08-6197 (DRD-MAS)<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Andrew L. O'Connor, certify that on the date set forth below I caused a copy of plaintiffs' Notice of Motion to Appeal the Magistrate Judge's March 1, 2011 Order with Respect to Plaintiffs' Challenges to Defendant's Confidentiality Designations, Redacted Brief in Support of Plaintiffs' Appeal, and Proposed Order to be delivered today via electronic filing to William T. Walsh, Clerk, United States District Court, Martin Luther King, Jr., Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, and I further caused a copy of same to be delivered today via electronic filing upon:

Douglas Scott Eakeley, Esq.
Maureen A. Ruane, Esq.
Natalie Janet Kraner, Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

I further certify that on the date set forth below I caused a courtesy copy of the un-redacted brief in support of plaintiffs' motion appealing the March 1, 2011 Order of Hon. Michael A. Shipp, U.S.M.J. regarding Plaintiffs' challenges to the 15 documents designated as confidential by Defendant Prudential Insurance Co., an un-redacted copy of the October 19, 2010 joint letter brief, previously filed in redacted form under docket entry 108, the un-redacted Compendium of Documents Subject to Challenge, previously filed in redacted form under docket entry 108(1); and the un-redacted Compendium of

Supporting Exhibits, previously filed in redacted form under docket entry 108(2)-(4) to be sent today via federal express to:

Honorable Dickinson R. Debevoise, U.S.D.J.
United States District Court
M.L. King, Jr. Fedl Bldg &
Courthouse - Room 5083
50 Walnut Street
Newark, New Jersey 07102

I further certify that on the date set forth below I caused a courtesy copy of the un-redacted brief in support of plaintiffs' motion appealing the March 1, 2011 Order of Hon. Michael A. Shipp, U.S.M.J. regarding Plaintiffs' challenges to the 15 documents designated as confidential by Defendant Prudential Insurance Co., to be served on all counsel of record via electronic mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

NAGEL RICE LLP
Attorneys for Plaintiffs

By: _____
ANDREW L. O'CONNOR

Dated: March 15, 2011

3