IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEVERLY CLARK, JESSE J. PAUL, WARREN GOLD, LINDA M. CUSANELLI, CAROLE L. WALCHER, and TERRI L. DROGELL, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>                      Defendant. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Honorable Dickinson R. Debevoise<br>Civil Action 08-6197 (DRD-MAS)<br><br>Motion Return Date: April 18, 2011 |

**[PROPOSED] ORDER**

| | | |
|---|---|---|
| **NAGEL RICE LLP**<br>103 Eisenhower Parkway<br>Roseland, NJ 07068-1031<br>973.618.0400 | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>101 California Street, Suite 2300<br>San Francisco, CA 94111<br>415.421.6140 | **LEVINE, STEINBERG, MILLER & HUVER**<br>550 West C Street<br>Suite 1810<br>San Diego, CA 92101-8596<br>619.231.9449 |

*Attorneys for Plaintiffs Beverly Clark, Jesse J. Paul, Warren Gold, Linda M. Cusanelli, Carole L. Walcher, and Terri L. Drogell, on behalf of themselves and all others similarly situated*

This matter comes before the Court upon Plaintiffs' motion to appeal the Magistrate Judge's March 1, 2011 Order with respect to Plaintiffs' challenges to Defendant The Prudential Insurance Company of America's ("Prudential's") confidentiality designations. The Court having considered the arguments of the parties; and for good cause shown,

IT IS on this ____ day of _____, 2011,

ORDERED that:

1. Plaintiffs' Motion to Appeal is GRANTED because Defendant Prudential has not met its burden of demonstrating that good cause exists for the protection of the challenged documents under Rule 26(c); and

2. The portion of the Magistrate Judge's March 1, 2011 Order denying Plaintiffs' challenges to Defendant's confidentiality designations is hereby set aside; and

3. Rule 26(c) protection shall be withdrawn from the documents with the following Bates Stamps. These documents shall no longer be marked "Confidential" and shall be permitted to be entered into the public record:

PRU-BC-00001284-1322; PRU-BC-00025943; PRU-BC-00025944;

PRU-BC-00025947-25982; PRU-BC-00032120-32125;

PRU-BC-00033661-33662; PRU-BC-00033736-33737;

PRU-BC-00033743-33744; PRU-BC-00033769-33776;

PRU-BC-00033786-33795; PRU-BC-00033933-33935;

PRU-BC00035888-35891; PRU-BC-00035893-35894;

PRU-BC-00044333-44336; and PRU-BC-00044339-44340.

---

Hon. Dickinson R. Debevoise, U.S.D.J.