Douglas S. Eakeley
Natalie J. Kraner
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500

John D. Aldock  (*pro hac vice*)
Richard M. Wyner  (*pro hac vice*)
Mark S. Raffman  (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
(202) 346-4000

*Attorneys for Defendant*
*The Prudential Insurance Company of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEVERLY CLARK, JESSE J. PAUL, and MARC H. LITWACK, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation, | ) ) ) |
| Defendant. | ) ) ) |

Honorable Dickinson R. Debevoise

Civil Action No: 08-6197 (DRD-MAS)

**<u>CERTIFICATION OF SERVICE</u>**

I, **Douglas S. Eakeley**, of full age, do hereby certify as follows:

1.      I am a Member at the firm Lowenstein Sandler PC, counsel for Defendant, the Prudential Insurance of America ("Prudential") in this matter.  I hereby certify that on April 4, 2011, I caused true and correct copies of the following documents to be served on all counsel of record via ECF and electronic mail:  (i) Redacted version of Prudential's Memorandum in Opposition to Plaintiffs' Appeal of Magistrate Judge's March 1, 2011 Order Regarding Confidentiality Designations; and (ii) this Certificate of Service.

2.      I also certify that, in a separate envelope marked "DOCUMENTS FILED UNDER SEAL," I caused an unredacted copy of Prudential's Memorandum in Opposition to Plaintiffs' Appeal of Magistrate Judge's March 1, 2011 Order Regarding Confidentiality Designations to be filed, via Federal Express, with the Honorable Dickinson R. Debevoise U.S.S.D.J., United States District Court, District of New Jersey, M.L. King, Jr., Federal Bldg. & Courthouse, Room 5083, 50 Walnut St., Newark 07102, and served on all counsel of record.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 /s/ Douglas S. Eakeley___
Douglas S. Eakeley

Dated:  April 4, 2011