## NAGEL RICE, LLP
COUNSELLORS AT LAW

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

PLEASE REPLY TO
ROSELAND OFFICE

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

GREG M. KOHN°
JACOB W. RADDOCK°
ANDREW I. PEPPER

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF N.J. & N.Y. BARS
◊ADMITTED IN N.Y. ONLY

April 8, 2011

*Via ECF, Facsimile and Express Mail*
The Honorable Michael A. Shipp
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *Beverly Clark, et al. v. Prudential Insurance Co. of America*,
Civil Action No. 08-6197 (DRD) (MAS)

Dear Judge Shipp:

The parties are pleased to report that, in light of further meet-and-confer following the telephonic hearing before the Court of this morning, they have resolved all outstanding disputes regarding the remaining topics in the November 24, 2010 notice of the Rule 30(b)(6) deposition of Prudential and the document requests corresponding to those topics. Accordingly, there is no need for a ruling of the Court regarding those topics and document requests. The parties thank the Court for the Court's time and efforts in connection with these discovery disputes.

Respectfully submitted,

/s/ Bruce H. Nagel

Bruce H. Nagel
for Plaintiffs Beverly
  Clark, Jesse J. Paul,
  Warren Gold, Linda M.
  Cusanelli, Carole L. Walcher
  and Terri L. Drogell

Douglas S. Eakeley
for Defendant The Prudential
Insurance Company of America

cc:  All Counsel for Prudential (via ECF and e-mail)