UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BEVERLY CLARK, JESSE J. PAUL,
WARREN GOLD, and LINDA M.
CUSANELLI, CAROLE L. WALCHER,
and TERRI L. DROGELL,

        Plaintiffs,

   v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

Civ. No. 08-6197 (DRD)

**ORDER**

This matter having come before the Court on Plaintiff's Appeal of the March 1, 2011 Discovery Order; and the Court having considered the submissions and oral argument of the parties; and for the reasons set forth in an Opinion of even date;

IT IS on this 13th day of May, 2011, hereby ORDERED that Magistrate Judge Shipp's March 1, 2011 order is REVERSED to the extent that it upholds the confidentiality designations on documents bates numbered as follows.

| | | |
|---|---|---|
| PRU-BC-00001284-1322 | PRU-BC-00033661-33662 | PRU-BC-00033933-33935 |
| PRU-BC-00025943 | PRU-BC-00033736-33737 | PRU-BC-00035888-35891 |
| PRU-BC-00025944 | PRU-BC-00033743-33744 | PRU-BC-00035893-35894 |
| PRU-BC-00025947-25982 | PRU-BC-00033769-33776 | PRU-BC-00044333-44336 |
| PRU-BC-00032120-32125 | PRU-BC-00033786-33795 | PRU-BC-00044339-44340 |

Within fourteen days of the entry of this order, Defendant will reproduce the documents described above to Plaintiffs without the confidentiality designations.

2

s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE, U.S.S.D.J.