CHARLES N. FREIBERG
BRIAN P. BROSNAHAN
DAVID A. THOMAS
JACOB N. FOSTER
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

BRUCE H. NAGEL
ROBERT H. SOLOMON
NAGEL RICE LLP
103 Eisenhower Parkway
Roseland, NJ 07068-1031
Telephone: (973) 618-0400
Facsimile: (973) 618-9194

HARVEY R. LEVINE
CRAIG A. MILLER
LEVINE STEINBERG MILLER & HUVER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 213-8638

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEVERLY CLARK, JESSE J. PAUL, WARREN GOLD, LINDA M. CUSANELLI, CAROLE L. WALCHER, and TERRI L. DROGELL on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>                Defendant. | Civil Action No.: 2:08-CV-06197-DRD-MAS<br><br>**STIPULATION AND ORDER TO AMEND THIRD AMENDED PRETRIAL SCHEDULING ORDER REGARDING EXPERT WITNESS DISCOVERY** |

WHEREAS, on March 15, 2011, pursuant to the parties' stipulation, the Court entered a Third Amended Pretrial Scheduling Order, which, in Paragraphs 20 and 21 thereof, set certain dates pertaining to expert witness discovery,

WHEREAS, the parties have scheduled a mediation in this case on November 21-22, 2011 before Professor Eric D. Green,

WHEREAS, the parties wish to amend the Third Amended Pretrial Scheduling Order to modify certain dates therein to permit adequate preparation for and attention to the upcoming mediation,

WHEREAS, in light of the scheduled mediation, good cause exists for amending the Third Amended Pretrial Scheduling Order,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

1. Paragraph 20 of the Third Amended Pretrial Scheduling Order is amended such that all responding expert reports addressing class issues (if any) shall be delivered by October 18, 2011; and

2. Paragraph 21(A) of the Third Amended Pretrial Scheduling Order is amended such that depositions of experts regarding class related issues are to be taken and completed by December 12, 2011.

| | |
|---|---|
| Nagel Rice LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068-1031<br>Telephone: (973) 618-0400<br>*Attorneys for Plaintiffs* | Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>*Attorneys for Defendant* |
| By: /s/ Bruce H. Nagel<br>     Bruce H. Nagel | By: /s/ Douglas S. Eakeley<br>     Douglas S. Eakeley |

For the foregoing reasons, and good cause appearing, IT IS SO ORDERED.

Dated: September 20, 2011

_____
Hon. Michael A. Shipp, U.S.M.J.