## NAGEL RICE, LLP
COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

**PLEASE REPLY TO**
**ROSELAND OFFICE**

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

OF COUNSEL
CARLETON R. KEMPH°

GREG M. KOHN°
JACOB W. RADDOCK°
ANDREW I. PEPPER

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF N.J. & N.Y. BARS
◊ADMITTED IN N.Y. ONLY

September 23, 2011

*Via ECF and Express Mail*

The Honorable Michael A. Shipp, U.S.M.J.
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re: ***Beverly Clark, et al. v. Prudential Insurance Co. of America,***
    **Civil Action No. 08-6197 (DRD) (MAS)**

Dear Judge Shipp:

Pursuant to the Court's Order dated August 3, 2011 (Doc. No. 176), the parties submit this joint status letter. There are no discovery-related disputes that require the Court's attention at this time, and the parties will be participating in mediation before Professor Eric Green in New York on November 21 and 22. With regard to expert discovery, the parties exchanged expert reports on August 22, 2011. They have not yet commenced expert discovery but will complete expert depositions by December 12, 2011, pursuant to the Court's Order dated September 20, 2011 (Doc. No. 178).

Respectfully submitted,

/s/ Bruce H. Nagel

Bruce H. Nagel
for Plaintiffs Beverly
Clark, Jesse J. Paul,
Warren Gold, Linda M.
Cusanelli, Carole L. Walcher
and Terri L. Drogell

/s/ Douglas S. Eakeley

Douglas S. Eakeley
for Defendant The Prudential
Insurance Company of America

cc: All Counsel (via ECF and e-mail)