## NAGEL RICE, LLP
COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

**PLEASE REPLY TO**
**ROSELAND OFFICE**

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

OF COUNSEL
CARLETON R. KEMPH°

GREG M. KOHN°
JACOB W. RADDOCK°
ANDREW I. PEPPER

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF N.J. & N.Y. BARS
◊ADMITTED IN N.Y. ONLY

January 26, 2012

*Via ECF and Express Mail*
The Honorable Michael A. Shipp, U.S.M.J.
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   ***Beverly Clark, et al. v. Prudential Insurance Co. of America,***
       **Civil Action No. 08-6197 (DRD) (MAS)**

Dear Judge Shipp:

Pursuant to the Court's Order dated January 9, 2012 (Doc. No. 182), the parties submit this joint status letter. The parties have completed fact and expert discovery related to class certification issues and there are no discovery-related disputes that require the Court's attention at this time. The parties participated in mediation before Professor Eric Green in New York on November 21, but the case did not settle.

With regard to Plaintiffs' motion for class certification, the parties jointly propose the following schedule:

| Filing | Due Date | Page Limit |
| --- | --- | --- |
| Plaintiffs' Memorandum in Support of Class Certification | February 22, 2012 | 75 pages |
| Defendant's Memorandum in Opposition to Class Certification | April 2, 2012 | 80 pages |
| Plaintiffs' Reply Memorandum | April 30, 2012 | 40 pages |
| Oral Argument | June 1, 2012, at the Court's discretion[1] | |

---

[1] The parties intend to jointly request that Judge Debevoise specially set oral argument on the Plaintiffs' motion for class certification on June 1, 2012, or a date that is convenient to the Court.

Hon. Michael A. Shipp
*Clark, et al. v. Prudential Ins. Co. of Am.*
Civil Action No. 08-6197 (DRD) (MAS)
January 26, 2012
Page 2

                    Respectfully submitted,

| /s/ Bruce H. Nagel | /s/ Mark S. Raffman |
|---|---|
| Bruce H. Nagel<br>for Plaintiffs Beverly<br>Clark, Jesse J. Paul,<br>Warren Gold, Linda M.<br>Cusanelli, Carole L. Walcher<br>and Terri L. Drogell | Mark S. Raffman<br>for Defendant The Prudential<br>Insurance Company of America |

cc:    All Counsel (via ECF and e-mail)