# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

**PLEASE REPLY TO**
**ROSELAND OFFICE**

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

OF COUNSEL
CARLETON R. KEMPH°

GREG M. KOHN°
JACOB W. RADDOCK°
ANDREW I. PEPPER

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF N.J. & N.Y. BARS
◊ADMITTED IN N.Y. ONLY

January 27, 2012

*Via ECF and Express Mail*
The Honorable Dickinson R. Debevoise, U.S.D.J.
Martin Luther King, Jr. Federal Building &
United States Courthouse – Room 5083
50 Walnut Street
Newark, NJ 07102

Re:   ***Beverly Clark, et al. v. Prudential Insurance Co. of America,***
      **Civil Action No. 08-6197 (DRD) (MAS)**

Dear Judge Debevoise:

The undersigned represent Plaintiffs and Defendant in the above-captioned action. We write to respectfully request a special setting of the hearing on Plaintiffs' forthcoming motion for class certification for Friday, June 1, 2012. As indicated in the enclosed submission to Judge Shipp, the parties have recently submitted a joint request for a briefing schedule that contemplates a June 1 hearing date. Good cause exists for a special setting of the class certification hearing on June 1, 2012 because of the extensiveness of the briefing and the availability of counsel.

Respectfully submitted,

/s/ Bruce H. Nagel

Bruce H. Nagel
for Plaintiffs Beverly
Clark, Jesse J. Paul,
Warren Gold, Linda M.
Cusanelli, Carole L. Walcher
and Terri L. Drogell

/s/ Mark S. Raffman

Mark S. Raffman
for Defendant The Prudential
Insurance Company of America

Enclosure

cc:    All Counsel (via ECF and e-mail) (w/ encl.)

# NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

PLEASE REPLY TO
ROSELAND OFFICE

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

OF COUNSEL
CARLETON R. KEMPH°

GREG M. KOHN°
JACOB W. RADDOCK°
ANDREW I. PEPPER

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF N.J. & N.Y. BARS
◊ ADMITTED IN N.Y. ONLY

January 26, 2012

*Via ECF and Express Mail*
The Honorable Michael A. Shipp, U.S.M.J.
Martin Luther King, Jr. Federal Building &
United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Beverly Clark, et al. v. Prudential Insurance Co. of America,*
Civil Action No. 08-6197 (DRD) (MAS)

Dear Judge Shipp:

Pursuant to the Court's Order dated January 9, 2012 (Doc. No. 182), the parties submit this joint status letter. The parties have completed fact and expert discovery related to class certification issues and there are no discovery-related disputes that require the Court's attention at this time. The parties participated in mediation before Professor Eric Green in New York on November 21, but the case did not settle.

With regard to Plaintiffs' motion for class certification, the parties jointly propose the following schedule:

| Filing | Due Date | Page Limit |
|---|---|---|
| Plaintiffs' Memorandum in Support of Class Certification | February 22, 2012 | 75 pages |
| Defendant's Memorandum in Opposition to Class Certification | April 2, 2012 | 80 pages |
| Plaintiffs' Reply Memorandum | April 30, 2012 | 40 pages |
| Oral Argument | June 1, 2012, at the Court's discretion[1] | |

---

[1] The parties intend to jointly request that Judge Debevoise specially set oral argument on the Plaintiffs' motion for class certification on June 1, 2012, or a date that is convenient to the Court.

Exh. A

Hon. Michael A. Shipp
*Clark, et al. v. Prudential Ins. Co. of Am.*
Civil Action No. 08-6197 (DRD) (MAS)
January 26, 2012
Page 2

                    Respectfully submitted,

| /s/ Bruce H. Nagel | /s/ Mark S. Raffman |
|---|---|
| Bruce H. Nagel<br>for Plaintiffs Beverly<br>Clark, Jesse J. Paul,<br>Warren Gold, Linda M.<br>Cusanelli, Carole L. Walcher<br>and Terri L. Drogell | Mark S. Raffman<br>for Defendant The Prudential<br>Insurance Company of America |

cc:    All Counsel (via ECF and e-mail)