## NAGEL RICE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

PLEASE REPLY TO
ROSELAND OFFICE

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

OF COUNSEL
CARLETON R. KEMPH°

GREG M. KOHN°
JACOB W. RADDOCK°
ANDREW I. PEPPER

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF N.J. & N.Y. BARS
◊ ADMITTED IN N.Y. ONLY

February 14, 2012

**Via ECF**
Clerk
United States District Court, District of New Jersey
M.L. King, Jr. Federal Bldg & US Courthouse
50 Walnut Street
Newark, NJ 07102

      RE:    **Clark v. Prudential Ins. Co.**
              **08-cv-6197 (DRD)(MAS)**

Dear Sir/Madam:

      Please be advised we represent Plaintiffs with regard to the above. We previously had Harvey R. Levine, Esq. and Craig A. Miller, Esq. admitted pro hac vice on behalf of Plaintiffs in this matter. Their firm name has recently changed from Levine, Steinberg, Miller & Huver to **Levine Miller, LLP**. The firm address, phone number and facsimile number remain unchanged. We therefore respectfully request that ECF and the docket sheet be updated to reflect this change.

Very truly yours,

ANDREW L. O'CONNOR

Cc:    All counsel (via ECF)