

**Lowenstein Sandler**
ATTORNEYS AT LAW

**Douglas S. Eakeley**
Member of the Firm
Tel 973 597 2348
Fax 973 597 2349
deakeley@lowenstein.com

March 29, 2012

*VIA ECF*

The Honorable Dickinson R. Debevoise, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Clark v. Prudential Ins. Co. of America [Docket No. 08-cv-6197 (DRD-MAS)]**

Dear Judge Debevoise:

On behalf of Defendant The Prudential Insurance Company of America ("Prudential"), I write to memorialize the revised briefing schedule on plaintiffs' motion for class certification that was agreed to during today's conference call. Prudential will file its opposition to the motion by April 9, plaintiffs will file their reply by May 17, and the hearing on the motion will remain scheduled for June 1st. We thank Your Honor for your assistance in helping the parties reach this resolution.

Respectfully submitted,

Douglas S. Eakeley

cc: Counsel of Record (via email)