**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHAMBERS OF
**DICKINSON R. DEBEVOISE**
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & COURTHOUSE
50 WALNUT ST., ROOM 5083
P.O. BOX 999
NEWARK, NJ 07101-0999
973-645-6121

April 17, 2012

Bruce H. Nagel, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway, Suite 103
Roseland, NJ 07068

Re: **Beverly Clark, et al. v. Prudential Insurance Co. of America**
      **Civ. No. 08-6197 (DRD)**

Dear Mr. Nagel:

An event has arisen that makes the June 1st argument date on the class certification issue unfeasible. I write to suggest that counsel consider Wednesday, May 30th or Monday, June 4th as alternative dates.

Very truly yours,

Dickinson R. Debevoise
U.S.S.D.J.

cc:   All Counsel
      Ellen McMurray, Courtroom Deputy
DRD/cds