## NAGEL RICE, LLP

COUNSELLORS AT LAW

| | | |
|---|---|---|
| BRUCE H. NAGEL* | 103 EISENHOWER PARKWAY | OF COUNSEL |
| JAY J. RICE* | SUITE 103 | CARLETON R. KEMPH° |
| ROBERT H. SOLOMON | ROSELAND, NEW JERSEY 07068 | |
| BARRY M. PACKIN | (973) 618-0400 | GREG M. KOHN° |
| DIANE E. SAMMONS° | FAX: (973) 618-9194 | JACOB W. RADDOCK° |
| LORI I. MAYER° | www.nagelrice.com | ANDREW I. PEPPER |
| RANDEE M. MATLOFF | | |
| ANDREW L. O'CONNOR | 119 MAPLE AVENUE       230 PARK AVENUE | *CERTIFIED BY THE SUPREME COURT OF |
| | RED BANK, NJ 07701   PLEASE REPLY TO   NEW YORK, NY 10169 | NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| HARRY A. MARGOLIS | (732) 933-0900       ROSELAND OFFICE       (212) 551-1465 | °MEMBER OF N.J. & N.Y. BARS |
| (1928-2002) | | ◊ADMITTED IN N.Y. ONLY |

April 18, 2012

*Via ECF and Lawyers Service*
The Honorable Dickinson R. Debevoise, U.S.D.J.
Martin Luther King, Jr. Federal Building &
United States Courthouse – Room 5083
50 Walnut Street
Newark, NJ 07102

Re:   ***Beverly Clark, et al. v. Prudential Insurance Co. of America,***
       **Civil Action No. 08-6197 (DRD) (MAS)**

Dear Judge Debevoise,

We represent Plaintiffs in the above-referenced action. We write in response to your letter of yesterday, April 17, advising that the Court would need to reschedule the hearing on Plaintiffs' Motion for Class Certification, which had been set for June 1, to another date, and proposing that the hearing be rescheduled to May 30 or June 4.

Having conferred with counsel for Prudential, the parties have agreed to reschedule the hearing for June 4 at a time that is convenient for the Court. Given the volume of the parties' submissions and the extent of the arguments presented, the parties would greatly appreciate the Court's setting the hearing for a time that would allow for full airing of, and full consideration of, the parties' arguments in connection with the motion.

Respectfully,

BRUCE H. NAGEL

cc:   All Counsel (via ECF and e-mail)